IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Willis, Lillie M | Case Number: 06 B 11727 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 9/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch: August 8, 2008
Confirmed:   March 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,794.50 | |
| Secured: | | 14,968.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 865.61 |
| Other Funds: | | 960.00 |
| Totals: | 16,794.50 | 16,794.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 49,963.00 | 14,968.89 |
| 3. | Global Payments | Unsecured | 450.00 | 0.00 |
| 4. | Bank Of America | Unsecured | | No Claim Filed |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | American General Finance | Unsecured | | No Claim Filed |
| 7. | First Bank | Unsecured | | No Claim Filed |
| 8. | Premier Bankcard | Unsecured | | No Claim Filed |
| 9. | Premier Bankcard | Unsecured | | No Claim Filed |
| | | | $ 50,413.00 | $ 14,968.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 803.21 |
| 6.5% | 62.40 |
| | $ 865.61 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Willis, Lillie M | Case Number: 06 B 11727 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 9/18/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

